IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GRAINGER RICKENBAKER**, *et al.*, *individually and on behalf of all others similarly situated* : : : : | |
| **Plaintiffs,** : : | CIVIL ACTION NO. 20-3353 |
| v. : : | |
| **DREXEL UNIVERSITY,** : : | |
| **Defendant.** : : | |

## ORDER

**AND NOW**, this 30th day of March 2022, upon consideration of: (1) Defendant's Motion to Dismiss the Amended Complaint (ECF No. 17); (2) Plaintiffs' Memorandum in Opposition (ECF No. 21); (3) Defendant's Reply in Support of its Motion to Dismiss (ECF No. 25); (4) Defendant's Notices of Supplemental Authorities (ECF Nos. 26, 27, 29, and 30); (5) Plaintiff's Notice of Supplemental Authority (ECF No. 31); and (6) Defendant's Response in Opposition to Plaintiff's Notice of Supplemental Authority (ECF No. 32), **IT IS HEREBY ORDERED AND DECREED** that Defendant's Motion to Dismiss (ECF No. 17) is **GRANTED IN PART**:

1. Defendant's Motion to Dismiss (ECF No. 17) is **GRANTED** with regards to claims for violation of the Pennsylvania Uniform Trade Practices and Consumer Protection Law (UTPCPL), breach of contract, and unjust enrichment for tuition charged for the Spring 2020 term.

2. Defendant's Motion to Dismiss is **DENIED** as to the claim for unjust enrichment for university fees charged for the Spring 2020 term. [1]

**BY THE COURT:**

/s/ Petrese B. Tucker

_____
**Hon. Petrese B. Tucker, U.S.D.J.**

---

[1] This Order accompanies the Court's Memorandum dated March 30, 2022.